ORDERED.

Dated: April 05, 2016

K. Rodney May
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**In re:**

| | |
|---|---|
| **MARK S. CONNOR,** | **BANKRUPTCY CASE NO.: 8:15-bk-00448-KRM** |
| Debtor. _____/ | **CHAPTER 7** |
| **LARRY S. HYMAN, as Chapter 7 Trustee of the estate of MARK S. CONNOR,** | |
| Plaintiff, | |
| v. | **ADVERSARY PROCEEDING NO.: 8:15-ap-00649-KRM** |
| **PROSPER MARKETPLACE, INC.,** a Delaware corporation, | |
| Defendant. _____/ | |

**AGREED FINAL ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court on the Parties' Stipulation for Final Order of Dismissal with Prejudice. Doc. 19. By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry and the Court being fully advised in the premises, it is hereby

ORDERED, ADJUDGED AND DECREED:

1. An agreement for a stipulated dismissal has been reached between the Parties in the above-styled case.

2. The claims of Plaintiff are dismissed with prejudice.

3. The Parties each shall bear their own attorneys' fees and costs as to this adversary proceeding.

Thomas A. Lash, Esq., Lash Wilcox & Grace PL, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.